IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEINO JOHNSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DREAM CREAM, INC.,** *et al.* | : | NO. 18-535 |

**O R D E R**

**AND NOW,** this 28th day of November, 2018, it is hereby **ORDERED** that this case be **DISMISSED** without prejudice for lack of prosecution. In addition, the Clerk is directed to close this case for statistical purposes.

BY THE COURT:

_____
Berle M. Schiller, J.